CHARLES G. HALL, Appellant, *v.* JOSEPHINE HIBBARD et al., Respondents.

(Argued October 2, 1873 ; decided October 7, 1873.)

*J. C. Cochrane* for the appellant.

*W. F. Cogswell* for the respondents.

Agree to affirm.    No opinion.
Judgment affirmed.

---

JULIA SIEBERT, Administratrix, et al., Respondents, *v.* THE GRAND STREET AND NEWTOWN RAILROAD COMPANY, Appellant.

(Argued October 2, 1873 ; decided October 7, 1873.)

*B. F. Tracy* for the appellant.

*James Taylor* for the respondents.

Agree to affirm.    No opinion.
All concur.
Judgment affirmed.